**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                        Case No.1:08cr39-SPM

JOHN LEE DRIGGERS,

        Defendant.

_____/

## <u>ORDER DIRECTING DEFENDANT TO RESPOND</u>

On May 15, 2009, the Government filed a Motion in Limine on Entrapment Defense (doc. 77).  To date, Defendant has failed to respond as required under Northern District of Florida Local Rule 7.1(C)(1) and 56.1.  Failure to file a response "may be sufficient cause to grant the motion."  N.D. Fla. Loc. R. 7.1(C)(1).  However, in this case, Defendant shall be given an additional opportunity to respond.  Accordingly, it is ORDERED AND ADJUDGED that Defendant shall file a written response to the Government's motion on or before **<u>Monday, June 15, 2009</u>**.

DONE AND ORDERED this <u>eighth</u> day of June, 2009.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge